# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERSADIES BONILLA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 18-3293** |
| | : | |
| **AMERICAN HERITAGE FEDERAL** | : | |
| **CREDIT UNION,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 17th day of August 2018, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1) and corrected Motion to proceed *in forma pauperis* (ECF Doc. No. 6), her Complaint (ECF Doc. No. 2) and corrected Complaint (ECF Doc. No. 7), Motion for appointment of counsel (ECF Doc. No. 3) and corrected Motion for appointment of counsel (ECF Doc. No. 8), and her Prisoner Trust Fund Account Statement (ECF Doc. No. 4), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion to proceed *in forma pauperis* and corrected Motion (ECF Doc. Nos. 1, 6) are **GRANTED**;

2. Plaintiff Mersadies Bonilla, #1030258, shall pay the full filing fee of $350 in installments under 28 U.S.C. § 1915(b). Based on the financial information provided by Ms. Bonilla, we assess an initial partial filing fee of $16.22. The Warden or other appropriate official at the Riverside Correctional Facility or at any other prison at which Ms. Bonilla may be incarcerated is directed to deduct $16.22 from Ms. Bonilla's inmate trust fund account, when such funds become available, and forward this sum to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA

19106, to be credited to Civil Action No. 18-3293. In each succeeding month when the amount in Ms. Bonilla's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Ms. Bonilla's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-3293;

3. The Clerk of Court shall send a copy of this Order to the Warden of the Riverside Correctional Facility;

4. The Complaint (ECF Doc. No. 2) and corrected Complaint (ECF Doc. No. 7) are **DEEMED** filed;

5. The Complaint (ECF Doc. No. 2) and corrected Complaint (ECF Doc. No. 7) are **DISMISSED without prejudice** to file an amended complaint no later than **September 18, 2018** to plead a plausible basis for a timely claim within this Court's jurisdiction. An amended Complaint shall clearly state with as much specificity as possible what the Defendant did so as to render the Defendant liable to Ms. Bonilla. The Clerk shall not direct service of the amended complaint until further Order;

6. The Clerk of Court shall send Ms. Bonilla a blank copy of this Court's form complaint to be used by a prisoner filing a civil case bearing the civil action number of this case. Ms. Bonilla may use this form to file an amended complaint;

7. We may close this case for failure to prosecute without further notice if Ms. Bonilla fails to timely file an amended complaint; and,

8. We **DENY** Ms. Bonilla's Motions for appointment of counsel (ECF Doc. Nos. 3, 8) without prejudice.

_____
**KEARNEY, J.**