IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERSADIES BONILLA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 18-3293 |
| | : | |
| **AMERICAN HERITAGE FEDERAL** | : | |
| **CREDIT UNION,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of November 2018, upon considering Defendant's Motion to dismiss the third amended complaint (ECF Doc. No. 23), Plaintiff's response (ECF Doc. Nos. 26, 27), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 23) is **GRANTED:**

1. Defendant's Motion is granted **with prejudice** as to all claims relating to the August 2016 transactions, and granted **without prejudice** as to a potential yet not adequately plead claim relating to an overdraft protection account and supplemental state law claims; and,

2. Plaintiff may file a fourth amended complaint no later than **December 20, 2018** consistent with the accompanying Memorandum to possibly allege claims relating to Defendant's conduct relating to an overdraft protection account and possible supplemental state law claims.

_____
KEARNEY, J.