# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MERSADIES BONILLA | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-3293 |
| AMERICAN HERITAGE FEDERAL CREDIT UNION | : | |

## ORDER

**AND NOW,** this 4th day of April 2019, upon considering the Defendant's Motion for judgment on the pleadings (ECF Doc. No. 46), Plaintiff's *pro se* Motion to allow her ECF filing (ECF Doc. No. 53), without responses other than presenting full argument at our Initial Pretrial Conference, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for judgment on the pleadings (ECF Doc. No. 46) is **GRANTED** and Plaintiff's fourth amended Complaint is **DISMISSED with prejudice**;

2. Plaintiff's Motion for ECF filings (ECF Doc. No. 53) is **DENIED** as she has not shown a basis why she cannot file papers in this Court; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.